UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF HARRY MCCLINTOCK,

    Plaintiff,

v.

CRISPIN PORTER + BOGUSKY,

    Defendant.

**JUDGE BUCHWALD**

07 CV 3359

Case No.

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **THE ESTATE OF HARRY MCCLINTOCK** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: none.

Respectfully Submitted,

**TROUTMAN SANDERS LLP**

By: _____
    Oren J. Warshavsky (OW-9469)

**Dated:** April 26, 2007
        New York, New York

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6213
Facsimile: (212) 704-8356
e-mail: Oren.Warshavsky@TroutmanSanders.com

*Attorney for Plaintiff*