AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

THE ESTATE OF HARRY MCCLINTOCK,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CRISPIN PORTER + BOGUSKY

**07 CV 3359**
**JUDGE BUCHWALD**

TO: (Name and address of defendant)

Crispin Porter + Bogusky
3390 Mary Street
Suite 300
Miami, Florida 33133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Oren J. Warshavsky (OW-9469)
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 27 2007

CLERK                                           DATE

*Marcos Quintero* (signature)

(BY) DEPUTY CLERK



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ESTATE OF HARRY MCCLINTOCK,

        Plaintiff,

        -against-

CRISPIN PORTER + BOGUSKY,

        Defendant.
------------------------------------------------------------X

Case No. 07 CV 3359
(Judge Buchwald)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA   )
        S.S.:
COUNTY OF DADE   )

      EDDIE SHAPIRO, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 30th day of April, 2007, at approximately the time of 3:50 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon CRISPIN PORTER + BOGUSKY at 3390 Mary Street, Suite 300, Miami, FL, by personally delivering and leaving the same with ERIC LEAR who informed deponent that he holds the position of C.O.O. with that company and is authorized by law to receive service at that address.

      ERIC LEAR is a white male, approximately 40 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 215 pounds with brown hair.

_____
EDDIE SHAPIRO

Sworn to before me this
3 day of May, 2007

Sandra E. Stewart
Commission #DD362...
Expires Nov. 01, 2008
NOTARY PUBLIC
AARONNOTARY.com

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com