*Quennoch, J*

Edward H. Rosenthal (ER-8022)
Wendy Stryker (WS-9570)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 980-0120

*Attorneys for Defendant Crispin Porter & Bogusky LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF HARRY MCCLINTOCK,

Plaintiff,

v.

CRISPIN PORTER & BOGUSKY,

Defendant.

*07*
CV 3359 (NRB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties herein, that the time for defendant Crispin Porter & Bogusky LLC

to move, answer or otherwise respond to the Complaint dated April 26, 2007 shall be

extended to and including June 11, 2007.

Dated: New York, New York
       May 9, 2007

By: _____
     Oren J. Warshavsky (OW-9469)
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6213

*Attorney for Plaintiff*

KKS 32007

5926.315

By: _____
    Edward H. Rosenthal (ER-8022)
    Wendy Stryker (WS-9570)
FRANKFURT KURNIT KLEIN &
SELZ, P.C.
488 Madison Avenue, 9th Floor
New York, NY 10022
(212) 980-0120

*Attorney for Defendant*

SO ORDERED:

U.S.D.J

5/21/07

5926.315