UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF HARRY MCCLINTOCK,

            Plaintiff,

-against-

CRISPIN PORTER & BOGUSKY,

           Defendant.

---

Case No. 07 Civ. 3359 (NRB)

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS AND PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK.

    MDC Partners Inc.

Date: August 9, 2007

                                        Wendy Stryker (WS 9570)