Edward H. Rosenthal (ER-8022)
Wendy Stryker (WS-9570)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue, 9th Floor
New York, NY  10022
(212) 980-0120

*Attorneys for Defendant Crispin Porter & Bogusky LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF HARRY MCCLINTOCK, <br><br> Plaintiff, <br><br> v. <br><br> CRISPIN PORTER & BOGUSKY, <br><br> Defendant. | 07 CV 3359 (NRB) <br><br> **DEFENDANT'S** <br> **INITIAL DISCLOSURES** |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendants Crispin Porter

& Bogusky LLC ("CPB" or "Defendant"), hereby submits the following initial disclosures to

Plaintiff, The Estate of Harry McClintock (the "Estate" or "Plaintiff"):

A.    The name and, if known, the address and telephone number of each individual

likely to have information discoverable that the disclosing party may use to support its claims or

defenses, unless solely for impeachment, identifying the subjects of the information.

RESPONSE:  See list below.  Defendants reserve their rights to supplement these responses in
accordance with FRCP Rule 26(e).

Bill Meadows
Crispin Porter & Bogusky, LLC
3390 Mary Street
Miami, FL  33133
305-859-2070

Mr. Meadows has information concerning the creation and production of the commercial entitled "Fantasy Ranch" that is the subject of this action (the "Commercial"), in particular the creation of the music used therein.

Sara Gennett
Crispin Porter & Bogusky, LLC
3390 Mary Street
Miami, FL  33133
305-859-2070

Ms. Gennett has information concerning the creation and production of the Commercial, including the music used therein.

Eric Lear
Crispin Porter & Bogusky, LLC
3390 Mary Street
Miami, FL  33133
305-859-2070

Mr. Lear has information concerning the creation and production of the Commercial, including the music used therein.

Danielle Whalen
Crispin Porter & Bogusky, LLC
6450 Gunpark Road
Boulder, CO 80301

Ms. Whelan has information concerning the creation and production of the Commercial, including the music used therein.

Alex Bogusky
Crispin Porter & Bogusky, LLC
6450 Gunpark Drive
Boulder, CO 80301

Jennifer Reznick
Formerly with Crispin Porter & Bogusky, LLC

Ms. Reznick has information concerning the creation and production of the Commercial, including the music used therein.

Mr. Bogusky was involved in the conception of the Commercial and has information concerning its creation and production.

Rob Reilly
Crispin Porter & Bogusky, LLC
6450 Gunpark Drive
Boulder, CO 80301

Mr. Reilly was involved in the conception of the Commercial and has information concerning its creation and production

Andrew Keller
Crispin Porter & Bogusky, LLC
6450 Gunpark Drive
Boulder, CO 80301

Mr. Keller was involved in the conception of the Commercial and has information concerning its creation and production.

David Rolfe
Crispin Porter & Bogusky, LLC
6450 Gunpark Drive
Boulder, CO 80301

Mr. Rolfe was involved in the conception of the Commercial and has information concerning its creation and production.

Brian Gies
Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126
305-378-7601

Mr. Gies has information concerning the creation and production of the Commercial.

Andy Bonaparte
Post Ads Group
11990 Market Street, PH 1804
Reston, VA 20190
954-261-5857

Mr. Bonaparte may have information concerning the creation and production of the Commercial.

Claudia Lezcano
Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL  33126
305-378-3389

Ms. Lezcano has information concerning the production of the Commercial.

Chris Furse
Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL  33126
305-378-7743

Mr. Furse has information concerning the production of the Commercial.

Michael Fletcher
Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL  33126
305-378-7735

Mr. Fletcher has information concerning the production of the Commercial.

B.      A copy of, or a description by category and location of, all documents, data compilations,

and tangible things that are in the possession, custody, or control of the party may use to support

its claims or defenses, unless solely for impeachment.

RESPONSE:   See list below.  Defendants reserve their rights to supplement these responses in
accordance with FRCP Rule 26(e).

> 1.  Correspondence, media plans, invoices and other documents relating to the
>     creation and use of the Commercial.
>
> 2.  The Commercial.
>
> 3.  Documents relating to the existence of multiple versions of the song "The Big
>     Rock Candy Mountain."
>
> 4.  Copyright registrations and related documents relating to the song "The Big
>     Rock Candy Mountain."

Such documents are either publicly available, or in the possession, custody or
control of the Plaintiff and/or CPB and will be made available for inspection and copying once
the parties have signed a mutually-agreeable confidentiality stipulation.

C.    A computation of any category of damages claimed by the disclosing party, making

available for inspection and copying as under Rule 34 the documents or other evidentiary

material, not privileged or protected from disclosure, on which such computation is based,

including materials bearing on the nature and extent of injuries suffered.

RESPONSE:  Not applicable.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any

person carrying on an insurance business may be liable to satisfy part or all of a judgment which

may be entered in the action or to indemnify or reimburse for payments made to satisfy the

judgment.

RESPONSE:  Relevant portions of any appropriate insurance policy will be made available for
inspection and copying once the parties have signed a mutually-agreeable confidentiality
stipulation.


Dated: August 9, 2007
       New York, New York

                          FRANKFURT KURNIT KLEIN & SELZ, P.C.


                          By:_____
                              Edward H. Rosenthal (ER-8022)
                              Wendy Stryker (WS-9570)
                              488 Madison Avenue
                              New York, New York 10022
                              (212) 980-0120


                          *Attorneys for Defendant CPB*